# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| TONIA THOMAS,<br>    Petitioner, | Case No. 1:17-cv-120 |
| | Black, J. |
| vs | Bowman, M.J. |
| SHERIFF, SCIOTO<br>COUNTY JAIL,<br>    Respondent. | **REPORT AND**<br>**RECOMMENDATION** |

    Petitioner filed a petition for a writ of habeas corpus on February 17, 2017. (Doc. 1). This matter is before the Court on petitioner's motion to withdraw her petition. (Doc. 5). In the motion, petitioner indicates that she has been released from jail, is now in a treatment facility, and wishes to withdraw her habeas corpus petition.

    Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254, provides: "The Federal Rules of Civil Procedure, to the extent they are not inconsistent with these rules, may be applied, when appropriate, to petitions filed under these rules." Fed. R. Civ. P. 41(a)(2) provides that the Court may dismiss an action "at the plaintiff's instance" upon "such terms and conditions as the court deems proper."

    Pursuant to Fed. R. Civ. P. 41(a)(2), the undersigned recommends that petitioner's motion to withdraw her petition (Doc. 5) be **GRANTED**, and that the petition for writ of habeas corpus filed under 28 U.S.C. § 2254 (Doc. 1) be **DISMISSED**.

    **IT IS SO RECOMMENDED.**

      *s/ Stephanie K. Bowman*
      Stephanie K. Bowman
      United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

TONIA THOMAS,
    Petitioner,

vs

SHERIFF, SCIOTO
COUNTY JAIL,
    Respondent.

Case No. 1:17-cv-120

Black, J.
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.  This period may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).